AO 91 (Rev. 11/11)   Criminal Complaint

# UNITED STATES DISTRICT COURT
for the

Southern District of Indiana

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| | ) | Case No. |
| ADRIAN GARCIA, | ) | |
| a/k/a Adrian Garcia-Pena, | ) | 1:18-mj-0478 |
| a/k/a Adrian Garcia-Pina, | ) | |
| | ) | |
| | ) | |
| _Defendant(s)_ | | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____October 25, 2017_____ in the county of _____Marion_____ in the _____Southern_____ District of _____Indiana_____ , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 922(g)(5) | Unlawful possession of a firearm by an alien |

This criminal complaint is based on these facts:

☑ Continued on the attached sheet.

_____
_Complainant's signature_

David Victor, Special Agent, HSI
_____
_Printed name and title_

Sworn to before me and signed in my presence.

Date: _____05/09/2018_____

_____
_Judge's signature_

City and state: _____Indianapolis, IN_____

Debra McVicker Lynch, U.S. Magistrate Judge
_____
_Printed name and title_

## Probable Cause Affidavit

Your Affiant, David Victor, is employed by Homeland Security Investigations, United States Department of Homeland Security. I have been so employed for over fifteen and a half years (15 ½) years. Prior to my employment as a Special Agent with Homeland Security Investigations, I was employed as a Detention Enforcement Officer with the Immigration and Naturalization Service in Philadelphia, PA.

I am a sworn Federal agent empowered under the laws of the United States to investigate violations of Federal firearm and Immigration laws and have focused attention on the detection and apprehension of individuals violating both Federal and State laws.

Your Affiant is currently involved in an investigation regarding the possession of one firearm by Adrian GARCIA, who is also known as Adrian GARCIA-Pena and Adrian GARCIA-Pina, (hereinafter GARCIA), who is an illegal alien. Based upon his investigation your Affiant has probable cause to believe GARCIA has violated Title 18, United States Code, Section 922(g)(5), unlawful possession of a firearm by an alien illegally or unlawfully in the United States.

Your Affiant's probable cause is based on the information set forth in the following paragraphs that is either known personally to your Affiant, or has been related to your Affiant by law enforcement personnel within the Indiana State Police (ISP) or the Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF).

1.  On October 25, 2017, as part of a narcotics investigation, IMPD Trooper Kyle Freeman conducted a traffic stop on a green Ford Ranger, Indiana plate YIU707,

being driven by GARCIA.  The traffic stop was made after ISP Detective Waikel observed multiple traffic violations.

2.      During the traffic stop, ISP Trooper Wilson responded to back up Trooper Freeman.  While Trooper Freeman was conducting routine checks, Trooper Wilson conducted a free air sniff of the Ford Ranger with his narcotics certified K9 "Barrett." After receiving a positive alert on the Ford Ranger, Troopers located a crystalline substance inside a plastic bag that subsequently field tested positive for methamphetamine with an approximate weight of eight (8) ounces.

3.      After being advised of his *Miranda* warnings by Trooper Freeman, GARCIA told Trooper Freeman that he was in possession of approximately eight (8) ounces of methamphetamine. ISP Detective Shafer then arrived at the traffic stop to assist.

4.      GARCIA advised Detective Shafer that he had approximately eight (8) additional ounces of methamphetamine and a shotgun in his residence located at 829 Villa Avenue, Indianapolis, IN.

5.      On October 25, 2017, Detective Shafer applied for and received a search warrant (Cause #49G06-1710-MC-041502) for 829 Villa Avenue, Indianapolis, IN. During the search of the residence, GARCIA advised law enforcement that the shotgun was located in the bathroom of the master bedroom. Law enforcement seized a 12-gauge Mossberg Model 500A shotgun (S/N: L681461).

5.      Your Affiant knows from his training and experience, and consultation with ATF Special Agents with expertise in such matters, that the above-listed firearm was manufactured

outside the State of Indiana, and by virtue of its presence in the State of Indiana must have traveled in interstate or foreign commerce.

6.      Your Affiant also learned that Immigration Enforcement Agent (IEA) Delgado interviewed GARCIA at the Marion County Jail on June 18, 2010, to determine GARCIA'S immigration status.  During the interview, GARCIA told IEA Delgado he is a citizen and national of Mexico by birth, and that he entered the United States on an unknown date and was not then admitted or paroled after inspection by an Immigration Officer.

7.      On April 18, 2018, your Affiant conducted Immigration database checks. The checks revealed that GARCIA has applied for a benefit from U.S. Citizenship and Immigration Services but does not have any lawful status in the United States.

8.      On May 3, 2018, your Affiant reviewed the alien file assigned to GARCIA. Your Affiant did not find any evidence of any approved benefit granting lawful status to GARCIA.

David Victor
Special Agent, HSI

Subscribed and sworn to me before this 9th day of May, 2018, at Indianapolis, Indiana.

Debra McVicker Lynch
Magistrate Judge
United States District Court
Southern District of Indiana